ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB No. 201730)
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: 858/674-6912
760/789-8081
Email: Elizabeth@ArleoLaw.com

Attorney for Plaintiff Robert W. Halterman

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. HALTERMAN, <br><br> Plaintiff, <br><br> vs. <br><br> SUNROAD AUTO, LLC; SUNROAD BCV AUTO, INC.; AND SUNROAD CV AUTO, INC. D/B/A TOYOTA CHULA VISTA, <br><br> Defendants. | Case No.: 15CV0048 MMA MDD <br><br> **PLAINTIFF'S AND DEFENDANTS' JOINT MOTION TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), plaintiff Robert W. Halterman ("Plaintiff") and defendants Sunroad Auto, LLC; Sunroad BCV Auto, Inc.; and Sunroad CV Auto, Inc. d/b/a/ Toyota Chula Vista ("Defendants"), through their respective attorneys of record, hereby stipulate and jointly move this Court to dismiss each of Plaintiff's claims against Defendants with prejudice.

DATED: April 9, 2015  ARLEO LAW FIRM, PLC

*s/ Elizabeth J. Arleo*
ELIZABETH J. ARLEO
Attorney for Plaintiff Robert W. Halterman
E-mail: elizabeth@arleolaw.com

16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: 858/674-6912
760/789-8081

DATED: April 9, 2015  CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP

*s/ Monika L. Sullivan*
MONIKA L. SULLIVAN
Attorney for Defendants
E-mail: MSullivan@ctsclaw.com

1230 Columbia Street, Suite 930
San Diego, CA 92101
Telephone: 619-232-5700
619/232-2206

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Monika L. Sullivan, counsel for defendants Sunroad Auto, LLC; Sunroad BCV Auto, Inc.; and Sunroad CV Auto, Inc. d/b/a/ Toyota Chula Vista, and that I have obtained Ms. Sullivan's authorization to affix her electronic signature to this document.

DATED: April 9, 2015

ARLEO LAW FIRM, PLC.
ELIZABETH J. ARLEO

*s/ Elizabeth J. Arleo*
ELIZABETH J. ARLEO
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: 858/674-6912
760/789-8081 (fax)

Attorney for Plaintiff